

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Robert Bruce Renfroe,                    * From the 39th District Court
                                           of Haskell County
                                           Trial Court No. 6770.

Vs. No. 11-16-00288-CR                   * September 15, 2017

The State of Texas,                      * Opinion by Willson, J.
                                           (Panel consists of: Wright, C.J.,
                                           Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.